**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:16-CV-3162-WYD**

JOAN OBESLO,
STEVE MIGOTTI,
VALERIE MIGOTTI,
JAMES DIMAGGIO,
ANNE HALL,
CAROL A. REYNON-LONGORIA,
CYNTHIA BERNAL, and
TINA GORRELL-DEYERLE
on behalf of GREAT-WEST FUNDS, INC.,

*Plaintiffs,*

v.

GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY, and
GREAT-WEST CAPITAL MANAGEMENT, LLC,

*Defendants.*

**PLAINTIFFS' NOTICE OF RELATED CASE**

In accordance with D.C.Colo.L.Civ.R. 3.2, Plaintiffs hereby give notice that this case, *Obeslo, et al. v. Great-West Life and Annuity Insurance Company, and Great-West Capital Management, LLC.* (1:16-CV-3162-WYD), filed on December 23, 2016 in the District of Colorado, is related to the following cases: *Obeslo, et al. v. Great-West Capital Mgmt, LLC* (1:16-CV-00230-CMA-MJW), filed on January 29, 2016 in the District of Colorado and *Duplass, Zain, Bourgeois, Pfister & Weinstock APLC 401(k) Plan* v. *Great-West Capital Mgmt., LLC* (1:16-cv-01215-CBS), filed on May 20, 2016 in the District of Colorado, because they involve some common facts and a same

1

defendant (Great-West Capital Management LLC).

| | |
|---|---|
| December 23, 2016 | Respectfully submitted,<br><br>/s/ Michael A. Wolff_____<br>SCHLICHTER, BOGARD & DENTON LLP<br>Jerome J. Schlichter<br>Michael A. Wolff<br>Stephen E. Hoeplinger<br>100 South Fourth Street, Suite 1200<br>St. Louis, Missouri 63102<br>Telephone: (314) 621-6115<br>Facsimile: (314) 621-5934<br>Email: jschlichter@uselaws.com<br>mwolff@uselaws.com<br>shoeplinger@uselaws.com<br><br>Attorneys for Plaintiffs |